## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Judith Kendziora

                                 Plaintiff,

v.                                                Case No.: 1:21−cv−06936
                                                    Honorable Edmond E. Chang

Highland Park CVS, L.L.C., et al.

                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 9, 2022:

        MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated voluntary dismissal [17], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice as to Defendants CVS Pharmacy, Inc.; Streamwood CVS, LLC; CVS Pharmacy Limited of Illinois, Inc.; Lockport CVS, LLC; and SCP 2004E−038 LLC. The case remains pending as to Defendants Highland Park CVS, LLC and Bruno Trust Agreement Dated 07/14/1987. All dates previously set in the 03/01/2022 minute entry, R. 16, remain unchanged. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.